1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Janet Borne

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Janet Borne, | ) Case No.: 2:11-cv-01536-GMS |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| v. | ) |
| | ) |
| Law Office of Harris Ross Byck, P.C., | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COMES the Plaintiff, Janet Borne, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

Dated: September 28, 2011     KROHN & MOSS, LTD.


                              By: /s/ Ryan Lee

                                  Ryan Lee
                                  Attorney for Plaintiff

- 1 -

Notice of Settlement

**CERTIFICATE OF SERVICE**

I, Ryan Lee, certify that a true and correct copy of the foregoing was served upon Cecil J. Jones Marks, O'Neill, O'Brien & Courtney P.C.1800 John F Kennedy Boulevard Suite 1900, Philadelphia PA 19103, opposing counsel of record via USPS Mail.

By: /s/ Ryan Lee

    Ryan Lee
    Attorney for Plaintiff