# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janet Borne, | No. CV-11-1536-PHX-GMS |
| Plaintiff, | |
| vs. | **ORDER** |
| Law Office of Harris Ross Byck, P.C., | |
| Defendant. | |

The Court has been advised that this case has settled (Doc. 8).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **October 28, 2011** without further leave of Court.

DATED this 28th day of September, 2011.

*A. Murray Snow*
G. Murray Snow
United States District Judge